[No. 52080-6-I.  Division One.  April 19, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. HOEUN SAUN YONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07088-1, Palmer Robinson, J., entered March 28, 2003. *Reversed* by unpublished per curiam opinion.

[No. 21748-5-III.  Division Three.  April 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS ALAN SWECKER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00384-5, Michael E. Donohue, J., entered January 6, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Brown, J.

[Nos. 28940-7-II; 29030-8-II.  Division Two.  April 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TRENTON TRACY WOOD, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pierce County, No. 01-1-04425-9, Frederick W. Fleming, J., entered June 10, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.